**UNITED STATES of America, Appellee,**

v.

**Melvin SMITH, Appellant.**

**No. 14180.**

United States Court of Appeals, Fourth Circuit.

June 4, 1970.

Donald J. Reichle, Seaford, Va. (Court-appointed) on brief for appellant.

Roger T. Williams, Asst. U. S. Atty., on brief for appellee.

Before SOBELOFF, BOREMAN and BRYAN, Circuit Judges.

PER CURIAM:

Upon the concession of the United States Attorney that the indictment fails to state an offense, and his suggestion of a remand for the entry of an order dismissing the indictment, the judgment of conviction is hereby

Reversed and the case is remanded for the entry of an appropriate order.